IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00500-PSF-MEH

AIG LIFE INSURANCE COMPANY,

      Plaintiff;

v.

ACEN L. PHILLIPS;
AMERICAN CHURCH UNITED;
MT. GILEAD BAPTIST CHURCH;
MT. GILEAD BAPTIST CHURCH YOUTH JOB MART; and
NEW BIRTH TEMPLE OF PRAISE COMMUNITY BAPTIST CHURCH;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 20, 2007.**

      Plaintiff's and Defendants' Agreed-Upon Motion to File Corrected Scheduling Order [Filed June 19, 2007; Docket #50] is **granted**.  The Court will sign the Amended Scheduling Order and enter it on the record.