IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00500-PSF-MEH

AIG LIFE INSURANCE COMPANY,

      Plaintiff;

v.

ACEN L. PHILLIPS;
AMERICAN CHURCH UNITED;
MT. GILEAD BAPTIST CHURCH;
MT. GILEAD BAPTIST CHURCH YOUTH JOB MART; and
NEW BIRTH TEMPLE OF PRAISE COMMUNITY BAPTIST CHURCH;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 25, 2007.**

Defendant American Church United (ACU)'s Unopposed Motion for Entry of Order [Filed June 21, 2007; Docket #57] is **granted**.

Plaintiff's Motion to Strike Answer and Counterclaim of Defendant American Church United [Filed May 28, 2007; Docket #41] is **granted**. ACU shall file an amended answer and counterclaim in which it asserts no privilege under the Fifth Amendment of the United States Constitution on the tenth day after either: (1) the date on which the Court lifts any stay entered on Defendants' Motion for Stay pending Completion of Criminal Proceedings; or (2) the date on which the Court denies that Motion.