IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00500-PSF-MEH

AIG LIFE INSURANCE COMPANY,

    Plaintiff;

v.

ACEN L. PHILLIPS,
AMERICAN CHURCH UNITED,
MT. GILEAD BAPTIST CHURCH,
MT. GILEAD BAPTIST CHURCH YOUTH JOB MART, and
NEW BIRTH TEMPLE OF PRAISE COMMUNITY BAPTIST CHURCH,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 27, 2007.**

The Unopposed Motion to Withdraw Appearance of Brian T. Moore as Counsel for Defendants Acen L. Phillips and American Church United, and Request for Expedited Ruling [filed July 23, 2007; Docket #70] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 83.3D. A court order may be entered only "after service of the notice of withdrawal on all counsel of record and on the withdrawing attorney's client." D.C. Colo. LCivR 83.3D (2007). Counsel may re-file his Motion in accordance with this and other applicable rules.