IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 07-cv-00500-PSF-MEH        Date: October 19, 2007
Courtroom Deputy: Cathy Coomes        **FTR – Courtroom C203**

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY, | Mark Bailey |
|     Plaintiff, | |
| vs. | |
| ACEN L. PHILLIPS, | *Pro Se* (by telephone) |
| AMERICAN CHURCH UNITED, | |
| MT. GILEAD BAPTIST CHURCH, | Scott Evans |
| MT. GILEAD BAPTIST CHURCH YOUTH | (No appearances) |
| JOB MART, and | |
| NEW BIRTH TEMPLE OF PRAISE COMMUNITY | |
| BAPTIST CHURCH, | |
|     Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**      **9:41 a.m.**

Court calls case. Appearances of counsel and Defendant Phillips by telephone.

Discussion regarding the status of the case and the status of Defendants Mt. Gilead Baptist Church Youth Job Mart and New Birth Temple of Praise. Mr. Bailey states that an Entry of Default was entered against Defendants Mt. Gilead Baptist Church Youth Job Mart and New Birth Temple of Praise on May 29, 2007; and that a Motion for Entry of Default Judgment as to Defendant American Church United has been filed.

Discussion regarding Plaintiff's Amended Motion to Extend the Deadlines for Expert Witness Disclosures (Doc. #90, filed 10/12/07). Mr. Evans and Defendant Phillips do not object to the motion.

**ORDERED:**  Plaintiff's Amended Motion to Extend the Deadlines for Expert Witness Disclosures (Doc. #90, filed 10/12/07) is GRANTED.  The deadline for initial expert disclosures is extended to **November 30, 2007;** and the deadline for rebuttal expert disclosures is extended to **December 31, 2007.**

The Court advises Defendant Phillips that any request to appear by telephone at a hearing should be done in writing prior to the scheduled hearing.

**Court in recess:**     9:45 a.m.  **(Hearing concluded)**
**Total time in court:**  0:04