IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00500-MSK-MEH

AIG LIFE INSURANCE COMPANY,

    Plaintiff,

v.

ACEN L. PHILLIPS,
AMERICAN CHURCH UNITED,
MT. GILEAD BAPTIST CHURCH,
MT. GILEAD BAPTIST CHURCH YOUTH JOB MART, and
NEW BIRTH TEMPLE OF PRAISE COMMUNITY BAPTIST CHURCH,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2008.**

    Pending before the Court is Plaintiff's Motion to Lift Stay of Discovery against Defendant Phillips and for 90-Day Extension of Scheduling Order [filed January 31, 2008; doc #102]. Although given the opportunity to respond to the motion, none of the Defendants, including Acen L. Phillips, responded.

    Discovery against Defendant Phillips has been stayed in this matter since Judge Figa's order of July 20, 2007. At that time, Judge Figa weighed "the interests of the plaintiff in moving forward with the litigation against the interests of a defendant asserting Fifth Amendment rights" [doc #69]. Judge Figa found in favor of a "limited" stay of discovery for Defendant Phillips opining that there was "little risk that the underlying action would be postponed indefinitely" due to "Speedy Trial Act considerations."

    However, in the seven months since Judge Figa's order, Defendant Phillips had not yet appeared at a preliminary hearing.[1] Defendant Phillips has failed to respond to this motion and has provided the Court with no information nor status of the criminal proceedings against him. Moreover, Plaintiff has raised a concern that its potential recovery in this action may have dissipated, and continues to dissipate, during any prolonged stay of discovery. Thus, this Court finds that Plaintiff's interest in proceeding with the litigation against Defendant Phillips outweighs Defendant's interest against self-incrimination.

---

[1] Plaintiff suggests that the hearing was scheduled for, and may have been held in, mid-February 2008.

Therefore, for good cause shown, the Court will **grant** the request for extension of time, lift the stay of discovery against Defendant Phillips, and amend the Scheduling Order as follows:

| | |
|---|---|
| Discovery Cutoff: | May 1, 2008 |
| Dispositive Motions due: | May 30, 2008 |
| Proposed Final Pretrial Order due: | June 16, 2008 |
| Final Pretrial Conference: | June 23, 2008 at 9:45 a.m. |

No further extensions of time will be granted in this matter absent a showing of good cause.